[No. 44580-8-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SOKHA SUONG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01473-6, Robert A. Lewis, J., entered February 27, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 44642-1-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JAMES CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01099-3, Michael H. Evans, J., entered March 7, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 44802-5-II.   Division Two.   December 30, 2014.]

DENNIS J. BLOCH, *as Executor, Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01425-5, Chris Wickham, J., entered March 29, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Lee, J.

[No. 44891-2-II.   Division Two.   December 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CHRISTOPHER MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01274-1, Scott A. Collier, J., entered May 15, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.